# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

ZACKERY CRABTREE,

    Petitioner,

v.

WILLIAM GITTERE, et al.,

    Respondents.

Case No. 3:19-cv-00479-LRH-CLB

ORDER

In compliance with this court's order of January 7, 2020 (ECF No. 31), petitioner has filed an amended petition. ECF No. 33. The following schedule shall govern further proceedings herein:

Respondents shall have 60 days from the date of entry of this order to answer or otherwise respond to the amended petition.

If respondents file an answer, petitioner shall have 60 days from the date on which the answer is served on him to file and serve a reply. If respondents file a motion to dismiss, petitioner shall have 60 days from the date on which the motion is served on him to file and serve a response to the motion to dismiss, and respondents shall, thereafter, have 30 days to file a reply in support of the motion.

Any additional state court record exhibits filed herein by either petitioner or respondents shall be filed with a separate index of exhibits identifying the exhibits by

number.  The CM/ECF attachments that are filed further shall be identified by the number or numbers of the exhibits in the attachment.  The hard copy of any additional state court record exhibits shall be forwarded – for this case – to the staff attorneys in Reno.

IT IS SO ORDERED.

IT IS FURTHER ORDERED that petitioner's request for clarification is (ECF No. 32) is DENIED as moot.

DATED this 10th day of March, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE